L. Kent Wyatt
HARDY ERICH BROWN & WILSON
1000 G Street, Second Floor (95814)
P.O. Box 13530
Sacramento, CA 95853-4530
916-449-3800



FILED

DEC 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Crestwood Behavioral Health, Inc., et al.

**Plaintiff(s)**

v.

Atlantic Mutual Insurance Company, et al.

**Defendant(s)**

CASE NUMBER:

2:05-CV-01702-MCE-GGH

**SUBSTITUTION OF ATTORNEY**

Crestwood Behavioral Health, Inc.      [X] Plaintiff  [ ] Defendant  [ ] Other _____
_Name of Party_

hereby substitutes L. Kent Wyatt/Hardy Erich Brown & Wilson                                who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  1000 G Street, 2nd Floor
                                                                   _Street Address_

Sacramento, CA 95814          916-449-3800    916-449-3888    75238
_City, State, Zip Code_         _Telephone Number_   _Facsimile Number_   _State Bar Number_

as attorney of record in the place and stead of David DeGroot/Sheppard, Mullin, Richter & Hampton, LLP
                                                              _Present Attorney_

Dated: 12-13-05                          _George Burkhardt_
                                          _Signature of Party_

                                         George Burkhardt/Vice President

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 12/1/05                           _signature_
                                          _Signature of Present Attorney_

                                         David DeGroot/Shepphard, Mullin, et al

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 11/30/05                          _F. Kent Wyatt_
                                          _Signature of New Attorney_

                                         L. Kent Wyatt

**Substitution of Attorney is hereby** [X] **Approved.**  [ ] **Denied.**

Dated: DEC 15 2005                       _signature_

                                         **United States District Judge / Magistrate Judge**
                                         MORRISON C. ENGLAND, JR.

**NOTICE TO COUNSEL:** _If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov._

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                    G01