```
L. KENT WYATT, #75238
```
**HARDY ERICH BROWN & WILSON**
```
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800

Attorneys for Plaintiffs Crestwood Behavioral Health, Inc. and
Helios Healthcare, LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CRESTWOOD BEHAVIORAL HEALTH, INC., a Delaware corporation, and HELIOS HEALTHCARE, LLC, a California limited liability company, <br><br>   Plaintiffs, <br><br>   v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, ATLANTIC RISK SERVICES, INC., a New York corporation, and DOES 1-50, inclusive, <br><br>   Defendants. <br> _____ <br><br> AND RELATED COUNTER-CLAIM <br> _____ | No. 2:05-CV-1702-MCE-GGH <br><br><br><br> **SUBSTITUTION OF ATTORNEY; ORDER** |

Plaintiff Crestwood Behavioral Health, Inc. hereby substitutes L. Kent Wyatt of the law firm of Hardy Erich Brown & Wilson who is retained counsel, 1000 G Street, 2nd Floor, Sacramento, California 95814, telephone number (916) 449-3800, facsimile number (916) 449-3888, state bar number 75238, as



**1000 G Street 2d Floor**
**Sacramento, CA 95814**
**phone (916) 449-3800**
**fax (916) 449-3888**

1

1 attorney of record in the place and stead of David DeGroot of
2 Sheppard, Mullin, Richter & Hampton, LLP.

4 Dated: December 13, 2005.     /s/ George Burkhardt
                                *Signature of Party*
5                               George Burkhardt/Vice President

7   I have given proper notice pursuant to Local Rule 83-2.9.2
and further consent to the above substitution.

10 Dated: December 1, 2005     /s/ David DeGroot
                               *Signature of Present Attorney*
                               David DeGroot/Shepphard, Mullin,
11                             Richter & Hampton, LLP

12   I am duly admitted to practice in this District pursuant to
13 Local Rule 83-2.8.

15 Dated: November 30, 2005     /s/ L. Kent Wyatt
                                *Signature of New Attorney*
16                              L. Kent Wyatt

   Substitution of Attorney is hereby approved.
18 Dated: December 28, 2005

   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE



HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888