DAVID L. PERRAULT, SBN 67109
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800

Attorneys for Plaintiffs Crestwood
Behavioral Health, Inc. and Helios
Healthcare, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CRESTWOOD BEHAVIORAL HEALTH, INC., a Delaware corporation, and HELIOS HEALTHCARE, LLC, a California limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation, ATLANTIC RISK SERVICES, INC., a New York corporation, and DOES 1-50, inclusive,<br><br>  Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIM<br>_____ | No. 2:05-cv-1702-MCE-GGH<br><br>**STIPULATION AND ORDER RE AMENDMENT OF SCHEDULING ORDER RE TIME TO COMPLETE NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE**<br><br>**Trial Date: 6/6/07** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Status (Pretrial Scheduling) Order of the United States District Court for the Eastern District of California signed November 4, 2005 in this matter be modified as follows:



1      1.   That the deadline for completion of non-expert discovery
2 be continued from August 7, 2006 until October 13, 2006.
3      2.   Good cause exists pursuant to FRCP 16(b) for the
4 requested extension in that:
5           a)   Counsel for both parties have been diligent in
6                their discovery efforts;
7           b)   Counsel on both sides have had extensive
8                preparation for and scheduled trials in other
9                matters which have complicated their completion of
10               non-expert discovery by August 7, 2006.  In
11               addition, complications in scheduling of very
12               critical witnesses on both the east and west
13               coasts due to vacation and business commitments
14               have made scheduling extremely difficult. Counsel
15               for both parties point out to the Court that
16               extensive written discovery has been completed and
17               additional written discovery is in process.  In
18               addition, some depositions have been completed,
19               others are scheduled and, yet again, as noted,
20               others are being scheduled but are difficult to
21               arrange given the reasons noted above.  All
22               efforts in scheduling have been cooperative among
23               counsel.  Therefore, both counsel are mutually
24               agreeable to this deadline extension to October
25               13, 2006.
26     5.   Accordingly, the parties respectfully request that the
27 Status (Pretrial Scheduling) Order be amended to permit non-expert
28 discovery up to and including October 13, 2006.



HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

6. In view of the above, counsel for both parties mutually request that the Court continue and extend expert disclosures from October 6, 2006 to October 31, 2006. Both parties have engaged and are consulting with various specialists, however, with the requested completion of depositions, the additional two week extension of expert disclosure will ease any pressures of having to make expert disclosure adjustments given deposition testimony yet to be provided by persons on either side of this litigation.

Dated: August 2, 2006

**HARDY ERICH BROWN & WILSON**

/s/ David L. Perrault
David L. Perrault

Dated: August 2, 2006

**SELVIN WRAITH HALMAN LLP**

/s/ Gary R. Selvin
Gary R. Selvin

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August 14, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

C:\IFolder\mengland\Home\TO DOCKET CIVIL\05cv1702.o.0814.wpd    3    No. 2:05-CV-01702-MCE-GGH
STIPULATION AND [PROPOSED] ORDER RE AMENDMENT OF SCHEDULING ORDER RE TIME TO COMPLETE NON-EXPERT DISCOVERY