1  Gary R. Selvin, State Bar No. 112030
2  Curtis R. Ogilvie, State Bar No. 111911
   SELVIN WRAITH HALMAN LLP
3  500 Twelfth Street, Suite 340
   Oakland, CA 94607
4  Telephone:   (510) 874-1811
   Facsimile:   (510) 465-8976
5
   Attorneys for Defendants
6  ATLANTIC MUTUAL INSURANCE COMPANY
   and ATLANTIC RISK SERVICES, INC.
7

8                   **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

10

11 | CRESTWOOD BEHAVIORAL HEALTH, | No. 2:05-CV-1702-MCE-GGH |
   INC., a Delaware corporation, and HELIOS
12 HEALTHCARE, LLC, a California limited
   liability company,
13
                    Plaintiffs,
14
   v.                                          **STIPULATION FOR EXTENSION OF TIME**
15
   ATLANTIC MUTUAL INSURANCE
16 COMPANY, a New York corporation,
   ATLANTIC RISK SERVICES, INC., a New
17 York corporation, and DOES 1-50 inclusive,

18                  Defendants.

19

20         This Stipulation is entered into between Plaintiffs and Cross-defendants CRESTWOOD

21 BEHAVIORAL HEALTH, INC. and HELIOS HEALTHCARE, LLC and Defendants and

22 Cross-complainants ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC RISK

23 SERVICES, INC., by and through their respective counsel:

24         1.      Defendants ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC

25 RISK SERVICES, INC. presently have a Motion for Summary Judgment scheduled to be heard

26 in the above-entitled court on September 25, 2006.

27 ///

28 ///

                                                     1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'                        Page 1
COMPLAINT

    2.      Counsel for Plaintiffs CRESTWOOD BEHAVIORAL HEALTH, INC. and HELIOS HEALTHCARE, LLC have requested that this motion be continued thirty (30) days to accommodate scheduling conflicts.

    3.      Defendants and Cross-complainants have agreed to continue their Motion for Summary Judgment to October 23, 2006. Opposition and reply papers will be due commensurate with this new hearing date.

    4.      The parties have agreed that all pending discovery in this matter will be continued for a corresponding thirty (30) day period. This continuance will include all currently pending discovery response deadlines and corresponding deadlines for motions to compel. No new discovery is to be propounded for thirty (30) days following the execution of this stipulation.

    5.      The deposition of Defendant affiliated witnesses presently scheduled for October 10, 11, and 12, 2006 will be continued to the week of November 13, 2006.

    6.      All discovery, with the exception of expert discovery, shall be completed by November 30, 2006. In this context, "completed" shall mean all discovery shall have been conducted so that all depositions shall have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

    7.      Plaintiffs' deadline for the hearing on its motion to compel will be November 20, 2006, or at such time as is mutually convenient to the Court and the parties.

    8.      The disclosure of expert witnesses and reports in compliance with FRCP 26(a)(2)(B) will be November 30, 2006.

    9.      All other scheduling deadlines set forth in the court's Pretrial Scheduling Order shall remain in effect and unchanged.

    10.     In addition to the need to change the schedule to accommodate the parties and their counsel, as set forth above, good cause exists to modify the summary judgment hearing, lay and expert discovery, as the parties are scheduled to mediate this dispute on September 20 and September 21, 2006 before Martin Quinn of JAMS.

2
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
Page 2

1   IT IS HEREBY STIPULATED.

2   DATED: September ___, 2006           HARDY ERICH BROWN & WILSON

3

4                                         By _____
                                              David L. Perrault
5                                             Attorneys for Plaintiffs

6

7   DATED: September   , 2006            SELVIN WRAITH HALMAN LLP

8

9                                         By_____
                                              Gary R. Selvin
10                                            Curtis R. Ogilvie
                                              Attorneys for Defendants
11

12

13      IT IS SO ORDERED

14
        Dated: September 19, 2006
15
                                          _____
16                                        MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'        Page 3
COMPLAINT