1   Gary R. Selvin, State Bar No. 112030
    Curtis R. Ogilvie, State Bar No. 111911
2   SELVIN WRAITH HALMAN LLP
    500 Twelfth Street, Suite 340
3   Oakland, CA 94607
    Telephone:     (510) 874-1811
4   Facsimile:     (510) 465-8976

5   Attorneys for Defendants
    ATLANTIC MUTUAL INSURANCE COMPANY
6   and ATLANTIC RISK SERVICES, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

10

11  CRESTWOOD BEHAVIORAL HEALTH,         No.  2:05-cv-1702-MCE-GGH
    INC., a Delaware corporation, and HELIOS
12  HEALTHCARE, LLC, a California limited
    liability company,
13
                Plaintiffs,
14
    v.                                   STIPULATION FOR DISMISSAL WITH
15                                        PREJUDICE AND ORDER
    ATLANTIC MUTUAL INSURANCE
16  COMPANY, a New York corporation,
    ATLANTIC RISK SERVICES, INC., a New
17  York corporation, and DOES 1-50 inclusive,

18              Defendants.

19          Plaintiffs CRESTWOOD BEHAVIORAL HEALTH, INC., a Delaware corporation, and

20  HELIOS HEALTHCARE, LLC, a California limited liability company, and Defendants

21  ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC RISK SERVICES, INC.,

22  by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41,

23  stipulate and agree that the parties have resolved all of the disputes in the complaint and cross-

24  claim, as memorialized in a settlement agreement between the parties, and that the claims that

25  were brought or could have been brought in the referenced action shall be dismissed with

26  prejudice, each party to bear its own costs and attorney's fees, with the court to retain jurisdiction

27  to enforce the terms of the settlement agreement, if necessary.

28  / / /

*SELVIN WRAITH HALMAN LLP*
*500 12TH STREET*
*SUITE 340*
*Oakland, CA 94607*

1

1      IT IS HEREBY STIPULATED.

2   DATED:  October 24, 2006            HARDY ERICH BROWN & WILSON

3

4                                      By   /s/ David L. Perrault
                                            David L. Perrault
5                                           Attorneys for Plaintiffs

6   DATED:  October 24, 2006            SELVIN WRAITH HALMAN LLP

7

8                                      By   /s/ Gary R. Selvin
                                            Gary R. Selvin
9                                           Curtis R. Ogilvie
                                            Attorneys for Defendants
10

11

12                              **ORDER**

13          It is ordered that the suit be dismissed in its entirety with prejudice, with this court solely

14   retaining jurisdiction to enforce the terms of the settlement agreement.

15

16   Dated: 10/31/2006

17

18                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**
**CASE NO. 2:05-cv-01702-MCE-GGH**

SELVIN WRAITH HALMAN LLP
500 12TH STREET
SUITE 340
Oakland, CA 94607